|  |  |
|---|---|
| MARNIE BADE, | Case No. 1:19-cv-01808-BAM |
| Plaintiff, | **ORDER RE STIPULATION EXTENDING PLAINTIFF'S TIME TO SUBMIT LETTER BRIEF** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (Doc. No. 14) |
| Defendant. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On October 26, 2020, the parties submitted a stipulation to allow Plaintiff Marnie Bade an extension of time to file her opening brief (identified by the parties as a motion for summary judgment). (Doc. No. 13.)

On October 27, 2020, before the Court issued an order on the proposed stipulation, the parties filed a second stipulation seeking to extend the deadline for Plaintiff to submit her "settlement letter" to the Defendant. (Doc. No. 14.) Plaintiff explains that she inadvertently overlooked the need to submit a settlement letter to opposing counsel and requires additional time to do so. Plaintiff also seeks to withdraw her October 26, 2020 stipulation to extend the deadline to file her opening brief. (*Id.*)

1

1    The Court construes Plaintiff's request as one to extend the deadline to serve Defendant with her confidential letter brief.  Having considered the stipulation, and cause appearing, the deadline for Plaintiff to serve her confidential letter brief is HEREBY EXTENDED to October 30, 2020.  (Doc. No. 14.)  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   **October 28, 2020**           /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE