McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8955
     Facsimile: (415) 744-0134
     E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| MARNIE BADE,<br><br>       Plaintiff,<br><br>   vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>       Defendant. | Case No.: 1:19-cv-01808-BAM<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Andrew Saul, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to re-evaluate the medical opinions of record, including the opinion of Treating Psychiatrist Ashley Tate de Lara, Psy.D., and explain, with citations to evidence, what weight is given to the opinions and why. In light of the above findings, the ALJ will reassess the claimant's residual functional capacity, and if warranted by the expanded record, obtain supplemental vocational

1  expert evidence to clarify the effect of the assessed limitations on the claimant's ability to

2  perform other work in the national economy.  The ALJ will offer the claimant the opportunity for

3  a hearing, take any further action needed to complete the administrative record, and issue a new

4  decision.

5

6                                                  Respectfully submitted,

7  Dated:  December 3, 2020                        /s/  *Bess Brewer**

8                                                  (*as authorized via e-mail on Dec. 3, 2020)
                                                   BESS BREWER
9                                                  Attorney for Plaintiff

10 Dated: December 3, 2020                         McGREGOR W. SCOTT
                                                   United States Attorney
11                                                 DEBORAH LEE STACHEL
                                                   Regional Chief Counsel, Region IX
12                                                 Social Security Administration
13

14                               By:    /s/  *Ellinor R. Coder*
                                        ELLINOR R. CODER
15                                      Special Assistant U.S. Attorney

16                                      Attorneys for Defendant

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

1

2      Based upon the parties' Stipulation and for cause shown, IT IS ORDERED that the above-

3 captioned action is remanded to the Commissioner of Social Security for further proceedings

4 consistent with the terms of the Stipulation to Remand. The Clerk of the Court is directed to

5 enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of

6 the Commissioner.

7

8 IT IS SO ORDERED.

9

10      Dated:    **December 4, 2020**              /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28