MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (415) 977-8955
        Facsimile: (415) 744-0134
        E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARNIE BADE,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 1:19-cv-01808-BAM<br><br>**STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned

counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and

expenses in the amount of one thousand, two hundred forty-one dollars and 75 cents,

($1,241.75) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs

under 28 U.S.C. § 1920.  This amount represents compensation for all legal services rendered

on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28

U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider

the matter of Plaintiff's assignment of EAJA fees to Counsel.  Pursuant to *Astrue v. Ratliff*, 560

U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Counsel Bess M. Brewer, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel, including Counsel's firm, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Counsel and/or Counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated:  December 10, 2020          /s/  *Bess M. Brewer**
                                   (*as authorized via e-mail on Dec. 10, 2020)
                                   BESS M. BREWER
                                   Attorney for Plaintiff

Dated: December 10, 2020           McGREGOR W. SCOTT
                                   United States Attorney
                                   DEBORAH LEE STACHEL
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                           By:     /s/  *Ellinor R. Coder*
                                   ELLINOR R. CODER
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant

1

2                                    **ORDER**

3          Based upon the parties' Stipulation for the Award and Payment of Equal Access to

4   Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount

5   of one thousand, two hundred forty-one dollars and 75 cents, ($1,241.75) as authorized by 28

6   U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of

7   the Stipulation.

8

9   IT IS SO ORDERED.

10
           Dated:   __**December 11, 2020**__          ___/s/ *Barbara A. McAuliffe*___
11                                                      UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              3